JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA  94612
    Telephone: (510) 637-3680
    Kimberly.Briggs@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR-07-0409 SBA |
|            Plaintiff,    ) | |
|      v.    ) | STIPULATION AND ORDER TO CONTINUE MOTION HEARING |
| HECTOR REYNOSO,    ) | |
|           Defendant.    ) | |

     It is hereby stipulated, by and between the parties that the status hearing currently set for Tuesday, December 16, 2008 at 11:00 a.m., be continued to Tuesday, February 10, 2009  at 11:00 a.m.

     It is also stipulated that the period from January 22, 2009  to February 10, 2009, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).    Section 3161(h)(8)(B)(iv) allows for the exclusion of time for continuity of government or defense counsel. The continuation is requested because the Interpreter failed to appear at the December 16th, 2009 hearing and because Defense counsel is new to the case and is unavailable until February 10, 2009.

1

1  It also allows for the exclusion of time to allow the parties reasonable time for effective preparation

2  of the case, taking into account the exercise of due diligence.  Moreover, the parties stipulate that

3  the time is excludable from the time limitations of the Speedy Trial Act because the interests of

4  justice served by granting a continuance.

5       As such, the parties respectfully request that the status hearing be scheduled for February 10,

6  2009 at 11:00 a.m..

7

8  DATED:  February 3, 2009              Respectfully submitted,

9

10                                        _____/s/_____
                                          KIMBERLY M. BRIGGS
11                                        Assistant United States Attorney

12 DATED: January 29, 2009               _____/s/_____
                                          PRECILIANO MARTINEZ
13                                        Attorney for Hector Reynoso

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the request for a continuance is reasonable, and will allow the continuance.  Further, the Court concurs that the time period between January 22, 2009 and February 10, 2009, be excluded under the Speedy Trial Act.

The Court further FINDS that the time is excludable on the basis of the failed appearance of the Interpreter on December 16, 2008, and continuity of defense counsel who is unavailable until February 10, 2009, and to allow for reasonable time for effective preparation of the case, taking into account the exercise of due diligence, and is in the interests of justice  pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).  Moreover, the government has no objection to the continuance.

Based on these findings, IT IS HEREBY ORDERED THAT the motion hearing in this matter shall be continued from Tuesday, December 16, 2008 at 11:00 a.m. to Tuesday, February 10, 2009 at 11:00 a.m..

**IT IS SO ORDERED.**

DATED:2/2/09

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

3