JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KAREN D. BEAUSEY  (CABN 155258)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (415) 436-6935
   Fax: (415) 436-6982
   E-Mail: Karen.Beausey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-07-00409 SBA |
|    Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL; ORDER |
| HECTOR REYNOSO, | ) | |
|    Defendant. | ) | (Oakland Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice as to defendant HECTOR REYNOSO and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:                                              Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney

                                                      BRIAN J. STRETCH
                                                      Chief, Criminal Division

## ORDER

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 9/28/09

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge

2